UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HARRY W. ANDREWS,
ADC #83824                                                                                                     PLAINTIFF

V.                                        2:15CV00073 JM/JTR

WENDY KELLEY,
Director, ADC, et al.
                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Defendants' motion to dismiss (Doc. 15) is denied.

2. Defendants must file an answer within fourteen days of the entry of this Order. *See* Fed. R. Civ. P. 12(a)(4)(A).

3. The stay on discovery (Doc. 31) is lifted.

Dated this 23rd day of November, 2015.

_____
James M. Moody Jr.
United States District Judge